

4120 International Pkwy, Suite 1100
Carrollton, TX 75007-1958
Toll Free: 888-778-3220 Fax: (972) 300-1701

Office Hours:
Mon - Thurs 8:00AM to 9:00PM
Friday 8:00AM to 5:00PM
Saturday 8:00AM to 12:00 Noon

| Account Summary | |
|---|---|
| Creditor | T-MOBILE |
| Creditor Account No. | ▆▆▆▆7770 |
| Southwest Reference No. | ▆▆▆▆7692 |
| Principal | $2,973.95 |
| Collection Fee | $261.36 |
| Total Amount Due | $3,235.31 |

October 5, 2016

Dear DAVID ROTH,

Please be advised that we have received your dispute regarding this account. As a result of our investigation, Southwest Credit has adjusted and/or updated your account accordingly. Please feel free to contact our office with any questions.

K Butler
Southwest Credit Systems, L.P.

New York City Department of Consumer Affairs License Number: 1153354

| SATISFY THIS OBLIGATION BY | |
|---|---|
| Money Gram | |
| Receive Code | ▆▆▆ |
| Payments By Internet | |
| www.swcpayonline.com Visa, MasterCard, Debit Card and Check (ACH) accepted | |
| Payments By Phone | |
| 888-778-3220 24-hour touch tone service Visa, MasterCard, Debit Card and Check (ACH) accepted | |
| Payments By Mail | |
| Send check or money order to PO Box 650543 Dallas, TX 75265-0543 | |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.



**This is an attempt to collect a debt by a debt collector.
Any information obtained will be used for that purpose.
Calls may be monitored and/or recorded.**

---

*** Detach This Portion and Return with Payment ***

10430   00-SWC1SN1E-1

▸ Debit or credit card charges will appear on your card statement from "SWC".
▸ Do not send cash through the mail.
▸ Include reference number on the check or money order.

PO Box 142589
Austin, TX 78714

**ELECTRONIC SERVICE REQUESTED**

| Southwest Reference No. | Creditor Account No. |
|---|---|
| ▆▆▆7692 | ▆▆▆7770 |
| SWC CC 03776 - T-MOBILE - PRIMARY PPD | |
| Payment Amount Enclosed | $ |

11444 1 MB 0.416 T 46    103106 - 028332188
DAVID ROTH
▆▆▆▆▆▆▆▆▆▆▆

Southwest Credit Systems, L.P.
PO Box 650543
Dallas, TX  75265-0543


01-01-4-00

6505435904769200100000000000000000000094537777003235311