**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DAVID ROTH, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

SOUTHWEST CREDIT SYSTEMS, L.P.

                Defendant.

Case No.  1:16-cv-05860-ARR-PK

**STIPULATION OF SETTLEMENT AND DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Brooklyn, New York
            March 2, 2017

By: /s/ Alan J. Sasson
Alan J. Sasson, Esq.
Law Office of Alan J. Sasson, P.C.
2687 Coney Island Avenue, 2nd Floor
Brooklyn, New York 11235
(718) 339-0856
Fax: (347) 244-7178
alan@sassonlaw.com
*Attorney for Plaintiff*

By: /s/ Brendan Hoffman Little
Brendan Hoffman Little, Esq.
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
716-853-5100
Fax: 716-853-5199
Email: blittle@lippes.com
*Attorney for Defendant*